**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| JUSTIN TATUM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:23-cv-565-JDK-KNM |
| | § | |
| DBOSS FUNDING LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

This case was referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact, conclusions of law, and recommendations for disposition of the action.

On December 12, 2024, the Court entered default judgment in this case. Docket No. 14.  The parties subsequently filed a joint motion to set aside judgment and to dismiss the case with prejudice.  Docket No. 18.  In the motion, they state that they reached a post-judgment settlement agreement which satisfies the default judgment.  *Id.*  As a result, the parties ask the Court to vacate the default judgment under Rule 60(b) and dismiss Plaintiff's claims with prejudice.  *Id.*  On May 18, 2026, Judge Mitchell issued a Report and Recommendation (Docket No. 19), recommending that the parties' motion (Docket No. 18) be granted.  No written objections have been received.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and

1

Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Services, LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, no objections were filed. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and Recommendation, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 19) as the findings of this Court and **GRANTS** the parties' joint motion to set aside judgment and joint motion to dismiss with prejudice (Docket No. 18). Accordingly, the Court **VACATES** the default judgment (Docket No. 14) and **DISMISSES** Plaintiff's claims **with prejudice**.

**So ordered and signed on this**

**Jun 15, 2026**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2